**Order entered August 5, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00412-CR

## BRANDON ALEXANDER BLACKNALL, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-23902-U**

## ORDER

The Court **REINSTATES** the appeal.

On July 13, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) following the adjudication of appellant's guilt and sentencing, appellant stated he wished to appeal and counsel was appointed; (2) two weeks later, appellant appeared before the trial court and stated he wanted to withdraw his notice of appeal; (3) a few weeks later, counsel notified the trial court that appellant did wish to pursue the appeal; (4) Cheryl Dixon is the court reporter who recorded the proceedings; and (5) Ms. Dixon stated she could file the record by August 3, 2015. We note that the record was not filed by August 3, 2015.

Accordingly, we **ORDER** Cheryl Dixon, official court reporter of the 291st Judicial District Court, to file the reporter's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Cheryl Dixon, official court reporter, 291st Judicial District Court, and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE